AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RICARDO SILVA-COTA | CASE NUMBER: 08CR2012-JLS |

I, <u>RICARDO SILVA-COTA</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>17 June 2008</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY